UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESZIA D. NEWMAN,

                Plaintiff,

    -v-

WILSON PALAGUACHI, ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/23/2025__

**ORDER FOR CONFERENCE
PURSUANT TO RULE 16**

25-CV-5176 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held an initial case management conference to discuss the schedule for discovery in this case. For the reasons discussed during today's conference, discovery shall proceed according to the following schedule:

- No additional parties or claims may be joined after **September 22, 2025**;
- All fact discovery shall be completed by **December 22, 2025**;
    - Initial requests for production shall be served by **August 31, 2025**;
    - Initial interrogatories shall be served by **August 31, 2025**;
    - Plaintiff's authorization to release medical records shall be provided by **August 31, 2025**;
    - Requests to admit shall be served by **October 15, 2025**;
    - Depositions shall be completed by **October 1, 2025**;
- All expert discovery shall be completed by **March 15, 2026**;

- Plaintiff's independent medical examination shall be completed by **November 15, 2025**;
- Plaintiff's initial expert disclosures shall be served by **December 1, 2025**;
- Plaintiff's expert reports shall be served by **January 1, 2025**;
- Defendants' initial expert disclosures shall be served by **January 15, 2025**;
- Defendants' expert reports shall be served by **February 15, 2025**;
- All rebuttal reports shall be served by **March 15, 2025**.

The parties are directed to submit a joint status report not to exceed three single spaced pages by **September 22, 2025**.

**SO ORDERED.**

Dated: July 23, 2025
New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge