UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESZIA D. NEWMAN,

                Plaintiff,

         -v-

WILSON PALAGUACHI, ET AL.,

              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/13/2026__

**ORDER**

25-CV-5176 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on May 13, 2026 to discuss Parties' joint status report proposing a new discovery schedule. ECF No. 35. For the reasons articulated in the conference transcript, the Parties shall adhere to the following deadlines.

Expert discovery is extended to **June 30, 2026** for the sole purpose of obtaining and serving the revised report by Defendants' medical expert, Dr. Faierman. Fact discovery is extended to **July 31, 2026** for the sole purpose of obtaining and serving records from Dr. Jabrowski, Dr. Mary Barnes, and Dr. Karen Huber. Both parties represented at the conference that no further depositions will be taken and that these are the only two outstanding discovery items.

Parties are reminded that under Judge Ho's Individual Rules and Practices, a joint pretrial statement and accompanying filings are due at least 30 days in advance of a final pretrial conference.

1

**SO ORDERED.**

Dated: May 13, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge