UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/10/2026
```

DESZIA D. NEWMAN,

      Plaintiff,

   -v-

WILSON PALAGUACHI, ET AL.,

      Defendants.

**ORDER**

25-CV-5176 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's May 4, 2026 Order, ECF No. 34, the Parties were directed to file a joint status report by June 9, 2026.  To date, no status report has been filed on the docket.  The Court *sua sponte* extends the deadline to submit a status report to **June 16, 2026**.

**SO ORDERED.**

Dated: June 10, 2026
   New York, New York

               Henry J. Ricardo
               United States Magistrate Judge