UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESZIA D. NEWMAN,

                Plaintiff,

      -v-

WILSON PALAGUACHI, ET AL.,

                Defendants.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  6/17/2026 |

**ORDER**

25-CV-5176 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of Parties' joint status report, ECF No. 41.  The Parties shall file their next joint status report by **August 4, 2026**.

**SO ORDERED.**

Dated: June 17, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge