USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESZIA D. NEWMAN,

Plaintiff,

-v-

WILSON PALAGUACHI, ET AL.,

Defendants.

**ORDER**

25-CV-5176 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Parties' joint status report indicating that discovery is complete. ECF No. 43. A settlement conference has already been scheduled by Order dated May 13, 2026, which establishes certain deadlines in advance of the September 10, 2026 settlement conference. *See* ECF No. 39.

By separate Order dated May 13, 2026, the undersigned reminded the Parties that Judge Ho's Individual Rules and Practices require that a joint pretrial statement and accompanying filings be submitted at least 30 days in advance of a final pretrial conference. *See* ECF No. 38. The Parties must make a separate request to Judge Ho to schedule a final pretrial conference.

**SO ORDERED.**

Dated: August 5, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge