UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Newman,

Plaintiff(s),

v.

Palaguachi et al,

Defendant(s).

25-CV-5176 (DEH)

ORDER

DALE E. HO, United States District Judge:

In a joint status letter to the Court, the parties indicate discovery has been completed and have requested that the matter be added to the Court's trial calendar pending settlement discussions. Accordingly, the parties shall file a joint letter by no later than **August 21, 2026** with their availability for a trial in January and February, and shall include the estimated length of trial, and whether there is a jury demand.

This order shall not affect any other orders or calendar dates associated with settlement negotiations.

SO ORDERED.

Dated: August 14, 2026
New York, New York

DALE E. HO
United States District Judge